■ HINDI LANDAU, an Infant, by Her Father and Natural Guardian, JACOB LANDAU, et al., Appellants, v CONGREGATION ADATH JACOB, Defendant and Third-Party Plaintiff-Respondent, et al., Defendant. CHANA LANDAU, Third-Party Defendant-Appellant.—Appeal by the plaintiffs and the third-party defendant from stated portions of an order of the Supreme Court, Kings County (Huttner, J.), entered June 22, 1989.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs payable by the appellants and the third-party defendant-appellant. No opinion. Thompson, J. P., Lawrence, Eiber and Ritter, JJ., concur.